**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

DEREK MOTT, JR.,

Petitioner, : Case No. l:25-cv-00428

- vs -

District Judge Matthew W. McFarland
Magistrate Judge Michael R. Merz

WARDEN,
Mansfield Correctional
Institution,

:

Respondent.

# DECISION AND ORDER

This habeas corpus case, brought *pro se* by Petitioner Derek Mott, Jr. under 28 U.S.C. § 2254, is before the Court on Petitioner's Motion (ECF No. 38) which the Clerk has docketed as "Request to Transfer this Case to the Cincinnati location of court." Once that transfer has occurred, Petitioner wishes to re-file his unlabeled document which is docketed at ECF No. 34 and labeled as "Supplement to Objections."

This case is already docketed at the Cincinnati location of Court and assigned to one of the District Judges "resident" at that location to court, District Judge McFarland. Congress has created two divisions for the Southern District, an Eastern Division with a courthouse in Columbus and a Western Division with courthouses in Cincinnati and Dayton. The proper location for filing a habeas corpus case is either the division where the petitioner is imprisoned or that includes the county where he or she was convicted. Because Petitioner was convicted in the Warren County

Court of Common Pleas, his Petition was properly filed at the Cincinnati location of court. Every new case filed at any location of court is randomly assigned to one of the District Judges resident at that location. In this case it could have been Judge McFarland, Judge Hopkins, Judge Cole, or one of the senior judges. The parties have no choice in the matter.

Once a habeas corpus case is filed, it is randomly referred under Amended General Order 22-05 to one of the Magistrate Judges who can be resident anywhere in the District. Before electronic filing, the reference was made to a Magistrate Judge resident where the case was filed so that he or she would have access to the paper record, but in 2022 the Court decided these cases would be assigned to any Magistrate Judge to help even out the caseload. Again, the parties do not get to choose a Magistrate Judge.

Because this case is already filed on the docket of the location of court at Cincinnati, Petitioner's request to transfer is moot and the Motion to Transfer is denied.

The document Petitioner wishes to retrieve and re-file, which is unlabeled, was stricken from the record because it was filed after Petitioner had already filed Objections to the Supplemental Report and Recommendations in this case and the Supplement was untimely.

September 2, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge